MICHAEL SHEEHAN, Respondent, *v.* XAVER MAYER, Appellant.

(Submitted December 21, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 22, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at

Special Term, and affirmed an order denying a motion for a new trial.

*William H. Henderson* for appellant.

*Ansley & Vreeland* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.